384 A.2d 980

Bauersfeld, Appellant, v. Shadyside Hospital.

Argued November 14, 1977. Henry W. Fulton, Jr., with him John L. Laubach, Jr., for appellant; Judd N. Poffinberger, Jr., with him Thomas F. Nelson, for appellee.

Order affirmed.